# UNITED STATES DISTRICT COURT

_____ SOUTHERN DISTRICT OF NEW YORK _____

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TIMOTHY CARTER A/K/A RUSSELL HARRIS,

**08 CIV. 4485**

v.

**JUDGE PAULEY**

THE CITY OF NEW YORK, CORRECTION OFFICER "JOHN" CANTON, SHIELD NUMBER UNKNOWN, AND SEVERAL UNIDENTIFIED CORRECTION OFFICERS.

TO: THE CITY OF NEW YORK C/O MICHAEL A. CARDOZO, CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to filed with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address)

TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
19 COURT STREET, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
914-946-8100

an Answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**            MAY 1 4 2008
CLERK                             DATE

BY DEPUTY CLERK

CITY OF N.Y. LAW DEPART.
OFFICE OF CORP. COUNSEL
2008 MAY 29 AM 11 50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY CARTER A/K/A RUSSELL HARRIS,

                Plaintiff,                      08-CV-4485 (WHP)

    -against-

THE CITY OF NEW YORK, CORRECTION OFFICER      **COMPLAINT**
"JOHN" CANTON, SHIELD NUMBER UNKNOWN,      **AND JURY DEMAND**
AND SEVERAL UNIDENTIFIED CORRECTION
OFFICERS,                                              ECF CASE

                Defendants.
------------------------------------------------------------------X

      Plaintiff TIMOTHY CARTER a/k/a RUSSELL HARRIS by his attorneys, TRACIE A. SUNDACK & ASSOCIATES, L.L.C., complaining of Defendants THE CITY OF NEW YORK, CORRECTION OFFICER "JOHN" CANTON, SHIELD NUMBER UNKNOWN, and SEVERAL UNIDENTIFIED CORRECTION OFFICERS, respectfully alleges, as follows:

## PRELIMINARY STATEMENT

      1. Plaintiff brings this action for compensatory damages, punitive damages and attorney's fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of his civil rights, as said rights are secured by said statutes and the Constitutions of the State of New York and the United States.

## JURISDICTION

      2. This action arises under the provisions of the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and under federal law, particularly the Civil Rights Act, 42 U.S.C. Sections 1981, 1983 and 1985 (2) and (3).

      3. This Court has jurisdiction of this cause under 28 U.S.C., by virtue of Section 1343. Declaratory and injunctive relief is authorized pursuant to 28 U.S.C. Sections 2201 and 2202 and F.R.C.P. 37.

## VENUE

      4. Venue is properly laid in the Southern District of New York under U.S.C. § 1391(b), in