UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

TIMOTHY CARTER,

               Plaintiff,

               -against-

CITY OF NEW YORK, CORRECTION OFFICER
"JOHN" CANTON *shield number unknown and
several unidentified Correction Officers,*

               Defendants.

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 4485 (WHP) (DCF)

**PLEASE TAKE NOTICE** that **Caryn Rosencrantz,** Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant, City of New York, effective June 17, 2008.

Dated: New York, New York
       June 17, 2008

               MICHAEL A. CARDOZO
               Corporation Counsel of the City of New York
               Attorney for City of New York
               100 Church Street, Room 3-219
               New York, New York 10007
               (212) 788-1276

By:                           
        Caryn Rosencrantz (CR 3477)
        Assistant Corporation Counsel